# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-524-052

**Effective Date of Registration:**
February 05, 2024
**Registration Decision Date:**
April 23, 2024

## Title

    **Title of Work:** Artistic Expression shown on AK-47 Shape Decanter

## Completion/Publication

    **Year of Completion:** 2022

## Author

-     **Author:** Yaakov Silberberg
    **Author Created:** Sculptural Work
    **Work made for hire:** No
    **Citizen of:** United States
    **Domiciled in:** United States
    **Year Born:** 1993

## Copyright Claimant

    **Copyright Claimant:** Yaakov Silberberg
    444 10th Street, Brooklyn, NY, 11215, United States

## Rights and Permissions

    **Organization Name:** Mark Sanders LLC
    **Address:** 444 10th Street
    Brooklyn, NY 11215 United States

## Certification

    **Name:** Yaakov Silberberg
    **Date:** February 05, 2024
**Applicant's Tracking Number:** 0171-25

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Regarding title information: Registration extends only to the work listed in the certificate.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-484-775**

**Effective Date of Registration:**
September 23, 2022
**Registration Decision Date:**
November 04, 2022

---

## Title

**Title of Work:** Artistic Design of Cactus Glasses

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Yaakov Silberberg
  **Author Created:** 3 Dimensional Artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1993

## Copyright Claimant

**Copyright Claimant:** Yaakov Silberberg
444 10th Street, Brooklyn, NY, 11215, United States

## Rights and Permissions

**Organization Name:** Mark Sanders LLC
**Address:** 444 10th Street
Brooklyn, NY 11215 United States

## Certification

**Name:** Yaakov Silberberg, Author
**Date:** September 23, 2022
**Applicant's Tracking Number:** 0171-21

Page 1 of 2

Correspondence: Yes
Copyright Office notes: Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-263-323**
**Effective Date of Registration:**
June 30, 2021
**Registration Decision Date:**
August 18, 2021

## Title

**Title of Work:** Middle Finger Decanter

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 29, 2019
**Nation of 1st Publication:** United States

## Author

- **Author Created:** sculpture
  **Citizen of:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Mark Sanders LLC
444 10th Street, Brooklyn, NY, 11215, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Garson Segal Steinmetz Fladgate LLP
**Name:** Michael Steinmetz
**Email:** ms@gs2law.com
**Address:** 164 West 25th Street
Suite 11R
New York, NY 10001 United States

## Certification

Page 1 of 2




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VAu 1-502-761**

**Effective Date of Registration:**
June 05, 2023
**Registration Decision Date:**
August 03, 2023

---

## Title

**Title of Work:** Artistic Design of Ship Decanter

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Yaakov Silberberg
  **Author Created:** sculpture
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1993

## Copyright Claimant

**Copyright Claimant:** Yaakov Silberberg
444 10th Street, Brooklyn, NY, 11215, United States

## Rights and Permissions

**Organization Name:** Mark Sanders LCC
**Address:** 444 10th Street
Brooklyn, NY 11215 United States

## Certification

**Name:** Yaakov Silberberg
**Date:** June 05, 2023
**Applicant's Tracking Number:** 0171-12

Page 1 of 2

**Copyright Office notes:** Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.



Registration Number
**VAu 1-485-810**
**Effective Date of Registration:**
September 23, 2022
**Registration Decision Date:**
November 29, 2022

# Title

**Title of Work:** Artistic Design of Snake-Skull Candle

# Completion/Publication

**Year of Completion:** 2022

# Author

- **Author:** Yaakov Silberberg
  **Author Created:** Sculptural Work
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1993

# Copyright Claimant

**Copyright Claimant:** Yaakov Silberberg
444 10th Street, Brooklyn, NY, 11215, United States

# Rights and Permissions

**Organization Name:** Mark Sanders LLC
**Address:** 444 10th Street
Brooklyn, NY 11215 United States

# Certification



**Name:** Yaakov Silberberg, Author
**Date:** September 23, 2022
**Applicant's Tracking Number:** 0171-20

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Registration extends only to work listed in the certificate.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-258-662**

**Effective Date of Registration:**
June 15, 2021

**Registration Decision Date:**
July 14, 2021

## Title

        **Title of Work:** Football Decanter

## Completion/Publication

        **Year of Completion:** 2021
    **Date of 1st Publication:** January 06, 2021
  **Nation of 1st Publication:** United States

## Author

-           **Author:**
       **Author Created:** sculpture
            **Citizen of:** United States
           **Anonymous:** Yes

## Copyright Claimant

   **Copyright Claimant:** Mark Sanders LLC
                                444 10th Street, Brooklyn, NY, 11215, United States
   **Transfer statement:** By written agreement

## Rights and Permissions

   **Organization Name:** Garson Segal Steinmetz Fladgate LLP
                 **Name:** Michael Steinmetz
                   **Email:** ms@gs2law.com
                **Address:** 164 West 25th Street
                              Suite 11R
                              New York, NY 10001 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-501-655**

**Effective Date of Registration:**
May 24, 2023
**Registration Decision Date:**
July 25, 2023

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Artistic Design of Guitar Decanter and 1 Other Unpublished Work

**Content Title:** Artistic Design of Guitar Decanter
Artistic Design of Guitar Chillers

### Completion/Publication

**Year of Completion:** 2021

### Author

- **Author:** Yaakov Silberberg
  **Author Created:** Sculptural Works
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1993

### Copyright Claimant

**Copyright Claimant:** Yaakov Silberberg
444 10th Street, Brooklyn, NY, 11215, United States

### Rights and Permissions

**Organization Name:** Mark Sanders LLC
**Address:** 444 10th Street
Brooklyn, NY 11215 United States

### Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-486-966**

**Effective Date of Registration:**
July 14, 2022
**Registration Decision Date:**
December 02, 2022



## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Artistic Design of Glass Pistol Decanter and 1 Other Unpublished Work |
| **Content Title:** | Artistic Design of Glass Pistol Decanter<br>Artistic Design of Pistol Shot Glasses |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |

### Author

| | |
|---|---|
| • **Author:** | Yaakov Silberberg |
| **Author Created:** | Sculptural Works |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1993 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yaakov Silberberg<br>444 10th Street, Brooklyn, NY, 11215, United States |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | metal storage or display case with cut-out foam insert |
| **New material included in this claim:** | Sculptural works |

### Rights and Permissions

|   |   |
|---|---|
| Organization Name: | Mark Sanders LLC |
| Address: | 444 10th Street<br>Brooklyn, NY 11215 United States |

## Certification

|   |   |
|---|---|
| Name: | Yaakov Silberberg, Author |
| Date: | July 14, 2022 |
| Applicant's Tracking Number: | 0171-08-CR |

---

|   |   |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.<br><br>Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |